Charles Jacobs, Appellant, v. Darrel C. Helms and Lillian Frances Helms, His Wife, Appellees.

Gen. No. 11,404.

Second District, Second Division.

February 23, 1961.

Gerald M. Chapman and William M. Doty, both of Chicago, for appellant; Snyder, Clarke, Dalziel, Holmquist & Johnson, of Waukegan, for appellees. Opinion by JUDGE SPIVEY. **Not to be published in full.**